NATHAN BERNSTEIN, PLAINTIFF-RESPONDENT, v. ROY THOMAS, DEFENDANT-PETITIONER.

*Mr. Mitchell Melnikoff* for the petitioner.

*Messrs. Slingland, Bernstein & vanHartogh* for the respondent.

February 2, 1970.  Denied.

COSMA A. PRINCIPATO, PLAINTIFF-RESPONDENT, v. WALLACE CHEVROLET SALES AND SERVICE, DEFENDANT-PETITIONER.

*Messrs. Winetsky, Brody & Winetsky* for the petitioner.

*Mr. Louis J. Venezio* for the respondent.

February 10, 1970.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CLEVELAND PARKER, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Edward M. Weisslitz* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

February 10, 1970.  Denied.